IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| **ROBERT HURTADO, JR.,** § | | |
| § | | |
| Plaintiff, § | | |
| § | | |
| v. § | | Civil Action No. 4:13-cv-1019-O |
| § | | |
| **JPMC SPECIALTY MORTGAGE LLC et al.,** § | | |
| § | | |
| Defendants. § | | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

Accordingly, this case is **DISMISSED without prejudice** pursuant to Federal Rule of Civil Procedure 4(m).

**SO ORDERED** on this **11th day** of **July, 2014.**

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE